IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

A) ONE RURAL LOT IDENTIFIED AS FINCA #5,991 LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL ATTACHMENTS IMPROVEMENT AND APPURTENANCES;

B) ONE RURAL LOT IDENTIFIED AS FINCA #2,1347 LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL ATTACHMENTS IMPROVEMENT AND APPURTENANCES;

C-QQ) SEVERAL RURAL LOTS COMPRISING OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCAS ##6385 THROUGH 6424 AND FINCA # 3922 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY

RR- TT) THREE RURAL LOTS IDENTIFIED AS #23215, 23217 AND 23218 LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY

UU) ONE RURAL LOT IDENTIFIED AS FINCA #5500 LOCATED IN BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY

VV) ONE RURAL LOT IDENTIFIED AS FINCA #9794 LOCATED IN IN IN BARRIO SAN JOSE, QUEBRADILLAS PUERTO RICO BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE

CIVIL NO. 06- 1960 (JAF)

RECEIVED & FILED
'6 SEP 28 PM 3:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

RENTAL OR USE OF SUCH PROPERTY

WW) ONE RURAL LOT IDENTIFIED AS FINCA #21,749 LOCATED IN BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY

Defendants.

## ORDER

Upon motion filed by the United States of America in the captioned case, and the Court being fully advised,

IT IS HEREBY ORDERED that the Property Registrar for the pertinent section of the Registry of Property of the Commonwealth of Puerto Rico, record a cautionary notice upon the following defendant real properties:

A) ONE RURAL LOT IDENTIFIED AS FINCA #5,991 LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL ATTACHMENTS IMPROVEMENT AND APPURTENANCES MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Solar que radica en el Barrio Pueblo Hatillo, compuesta de 480.00 metro cuadrado. En linden por el NORTE, con Carretera Estatal #2; por el SUR, con Gregorio Padilla; por el ESTE, con Euripedes Machado; y por el OESTE, con Jose Torres. Enclava una casa con valor de $12,000.00. Tracto Registral: Se forma por agrupacion de las fincas #5989 y #5990, inscritas a los folios #25 y #26 del tomo #137 de Hatillo. Inscrito a favor de Aureliano Giraud-Pineiro y su esposa Arlene Ivonne Ramirez-Rodriguez

B) ONE RURAL LOT IDENTIFIED AS FINCA #2,1347 LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL ATTACHMENTS IMPROVEMENT AND APPURTENANCES MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Radicada en el Barrio Pueblo del termino municipal de Hatillo, Puerto Rico compuesto de 1.9098 cuerdas equivalentes a 7,506.3430 metros cuadrados. Linda al NORTE, con Carretera Estatal #2 en 33.2469 metros; por el SUR, con Jose Garcia en 35.6487 metros; al ESTE, en 231.3675 metros con parcela 0 adjudicada a Teodoro Delgado Mercado; y al OESTE, en 216.6169 metros, con Anibal Ruiz. Tracto Registral: Se segrega de la finca #4283 inscrito al #194 del tomo #87 de Hatillo. Inscrito a favor de Aureliano Giraud-Pineiro y su esposa Arlene Ramirez Rodriguez

C) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6385 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,385, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 43, Tomo 215, Finca # 6,385, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega. Valor de las fincas de $1,296,000.00 de los cuales se valora cada finca en $ 81,000.00. Se permute la finca por $ 11,015.60 acciones comunes de dicha corporacion, equivalentes al valor total antes indicado de todas las fincas. A virtud de esta permuta por acciones, Playa Ward Investment Inc, pasa a ser dud-lo de esta finca y otras quince (15) que se describe en los documentos. Anteriormente estaba inscrito de Aureliano Giraud-Pineiro y Arlene Ramirez-Rodriguez, los cuales llevaron a cabo la permuta a favor de Playa Ward Investment.

D) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6386 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,386, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 47, Tomo 215, Finca # 6,386, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pifeiro-Noriega.

E) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6387 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,387, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 49, Tomo 215, Finca # 6,387, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

F) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6388 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,388, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 51, Tomo 215, Finca # 6,388, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

G) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6389 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,389; Parcela #5 radicada en el Barrio Playa, del termino Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectareas , 82 areas, 59 centiareas y 94 miliareas, mas o menos.
Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #173 vuelto del Tomo 212 del termino Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripcion 7ma.

H) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6390 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,390; Parcela #6 radicada en el Barrio Playa, del termino Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectareas , 82 areas, 59 centiareas y 94 miliareas, mas o menos.
Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #176 vuelto del Tomo 212 del termino Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripcion 7ma.

I) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6391 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS
DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,391; Parcela #7 radicada en el Barrio Playa, del termino Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectareas , 82 areas, 59 centiareas y 94 miliareas, mas o menos.
Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #179 vuelto del Tomo 212 del termino Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripcion 7ma.

J) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6392 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,392; Parcela #8 radicada en el Barrio Playa, del termino Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectareas, 82 areas, 59 centiareas y 94 miliareas, mas o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #182 vuelto del Tomo 212 del termino Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripcit n 7ma.

K) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6393 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,393; Parcela #9 radicada en el Barrio Playa, del termino Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectareas, 82areas, 59 centiareas y 94 miliareas, mas o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #185 vuelto del Tomo 212 del termino Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripcion 7ma.

L) ONE RURAL LOT, COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6394 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,394; Parcela #10 radicada en el Barrio Playa, del termino Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectareas, 82 areas, 59 centiareas y 94 miliareas, mas o menos.
Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #188 vuelto del Tomo 212 del termino Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscription 7ma.

M) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6395 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,395; Parcela #11 radicada en el Barrio Playa, del termino Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectareas, 82 areas, 59 centiareas y 94 miliareas, mas o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #191 vuelto del Tomo 212 del termino Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscription 7ma.

N) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6396 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:
RUSTICA: Finca #6,396; Parcela #12 radicada en el Barrio Playa, del termino Municipal de GUAYANILLA, Puerto Rico, compuesto de 22.2918 cuerdas, equivalentes a 8 hectareas, 76 areas, 15 centiareas y 509 miliareas, mas o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #55 vuelto del Tomo 215 del termino Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscription 6ta.

O) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM, IDENTIFIED AS FINCA #6397 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,397, Parcela radicada en el Barrio Indios, Puebo y Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto 28.02598 cuerdas. Cesion de propiedades inmuebles en permuta por acciones commmnes en corporacion cesionaria.
Inscrito al Asiento # 782, Diario 299, Finca # 6,397, a favor de Rufina Property Holdings.

P) ONE RURAL LOT OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6398 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,398, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 58, Tomo 215, Finca # 6,398, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

Q) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6399 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,399, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 61, Tomo 215, Finca # 6,399, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

R) HACIENDA RUFINA AND IDENTIFIED AS FINCA #6400 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,400, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio if 64, Tomo 215, Finca if 6,400, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

S) ONE RURAL LOT IDENTIFIED AS FINCA #6401 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,401, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 67, Tomo 215, Finca # 6,401, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

T) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6402 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,402, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 70, Tomo 215, Finca # 6,402, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

U) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6403 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,403, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 73, Tomo 215, Finca # 6,403, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

V) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6404 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,404, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 76, Tomo 215, Finca # 6,404, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

W) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6405 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,405, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).Inscrito al Folio # 79, Tomo 215, Finca # 6,405, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

X) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6406 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,406, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).

Y) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6407 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL

APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,407, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 85, Tomo 215, Finca # 6,407, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro-Noriega.

Z) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6408 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,408, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 88, Tomo 215, Finca # 6,408, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro Noriega.

AA) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6409 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,409, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 91, Tomo 215, Finca # 6,409, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Pineiro Noriega.

BB) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6410 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,410, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 101,423.71 metros cuadrados.
Inscrito al Folio # 94, Tomo 215, Finca # 6,410, a favor de Rufina Property Holdings, representada por su presidenta Nilda Pineiro-Noriega.
Esta finca se permuta a cambio de 12,960 acciones communes de la cesionaria, con valor establecido de cada accion de $100.00 que totalizan el valor de $ 1,296,000.00, que equivale al valor de toda la finca.

CC) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6411 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,411, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 101,423.71 metros cuadrados).
Inscrito al Folio # 97, Tomo 215, Finca # 6,411, a favor de Rufina Property Holdings Inc representada por su presidenta Nilda Pineiro-Noriega.

DD) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6412 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,412, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 100, Tomo 215, Finca # 6,412, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

EE) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6413 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,413, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 103, Tomo 215, Finca # 6,413, a favor de Rufina Property Holdings Inc, representada por su presidenta Nilda Pineiro-Noriega.

FF) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6414 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,414, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).Inscrito al Folio # 106, Tomo 215, Finca # 6,414, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

GG) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA 6415 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,415, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 109, Tomo 215, Finca # 6415, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

HH) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6416 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,416, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 112, Tomo 215, Finca # 6416, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

II) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6417 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,417, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscritoal Folio # 115, Tomo 215, Finca # 6,417, a favor de Rufina Property Holdings representada por su presidenta Nilda Pineiro-Noriega.

JJ)   ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6418 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,418, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito at Folio # 118, Tomo 215, Finca # 6,418, a favor de Rufina Property Holdings representada por su presidenta Nilda Pineiro-Noriega.

KK) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6,419 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,419, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 121, Tomo 215, Finca # 6,419, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

LL) ONE RURAL LOT IDENTIFIED AS FINCA #6420 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,420, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 124, Tomo 215, Finca # 6,420, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

MM) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6421 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS

OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,421, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 127, Tomo 215, Finca # 6,421, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

NN) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6422 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,422, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).
Inscrito al Folio # 130, Tomo 215, Finca # 6,422, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

OO) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6423 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,423, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 119,563.41 metros cuadrados.
Inscrito al Folio # 133, Tomo 215, Finca # 6,423, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

PP) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6424 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 6,424, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94metros cuadrados (25.000012 cuerdas)
Inscrito al Folio # 136, Tomo 215, Finca # 6,424, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Pineiro-Noriega.

QQ) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #3,922 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca 3,922, Parcela radicada en el Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 25.0000128 cuerdas.
Inscrito al Folio # 187, Tomo 114, Finca # 3,922 metros cuadrados, (25.000012 cuerdas) a favor de Aureliano Giraud-Piñeiro

RR) ONE RURAL LOTS IDENTIFIED AS FINCA #23215, LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY;

RUSTICA: Radicada en el Barrio Pueblo del Municipio de Hatillo. Tiene una cabida de 3, 930 - 3,390 metros cuadrados. Linde: Norte, con varias alineaciones del Municipio de Hatillo. Sur, en 75,002 metros. Este, en 53, 713 metros con Ignacio Pintado-Garcia. Oeste, en 53,603 metros con use publico. Esta finca se forma por segregacion de la inscrita con el numero 3200, al folio 85 del tomo 62 a favor de Ignacio Pintado-Garcia, como bien privativo y se halla afecta por su procedencia servidumbre a favor de la A.E.E. Aprobada esta segregacion por A.R.P.E. segun piano inscrito en esta oficina bajo el numero 2613 de orden de Hatillo. Dicho senor, con seguro social 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, mayor de edad, casado con Rocio Semidei-Roman, agricultor-comerciante y vecino de Yauco, segrega el solar descrito el ingreso de este asiento y lo vende por precio de noventa y cinco mil Mares ya satisfechos. En su virtud inscribo a favor de Northland International, Inc., el dominio de esta finca que adquiere por compra. Asi resulta de copia certificada de la escritura numero 46 otorgada el dia once de mayo del dos mil en Arecibo, ante Jose G. Terrosa Delucca, Notario. Presentado a las ocho horas, trece minutos de la manana del seis de septiembre del dos mil uno. Asiento 53 del Diario 239. En Arecibo, Puerto Rico, a diez de abril del dos mil dos.
Finca 23,215, Tomo 381, Movil, Folio 135, Hatillo, Arecibo II

SS) ONE RURAL LOTS IDENTIFIED AS FINCA # 23217, LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY MORE PARTICULARLY DESCRIBED AS;

Rustica. Radicada en el Barrio Pueblo del Municipio de Hatillo. Tiene una cabida de 1,000 - 3636 metros cuadrados. Linde: Norte, con Departamento de Educacion. Sur, con calle Municipal y remanente. Este, con remanente de la finca. Oeste, con Emilio Arbelo. Esta finca se forma por segregacion de la inscrita con el numero 3200, al folio 85 del tomo 62 a favor de Ignacio Pintado-Garcia, como bien privativo y se halla afecta a servidumbre a favor de la A.E.E. Aprobada esta segregacion por A.R.P.E. segun piano inscrito en esta oficina bajo el numero 2614 de orden Hatillo. Dicho senor, seguro social 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, mayor de edad, casado con Rocio Semidei-Roman y vecino de Yauco, segrega el solar descrito al ingreso de este asiento y lo vende a favor de Northland International, Inc., seguro social 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, por precio de veinticinco mil dolares ya satisfechos. En su virtud inscribo a favor de Northland International, Inc., el dominio de esta finca que adquiere por compra. Asi resulta de copia certificada de la escritura numero 4, otorgada el dia tres de agosto del dos mil uno, en San Juan, ante Jorge A. Laborde-Corretjer, notario. Presentado a las ocho horas catorce minutos de la manana del seis de septiembre del dos mil uno, asiento 54 del Diario 239. En Arecibo, Puerto Rico, a diez de abril del dos mil dos.
Finca 23,217, Tomo 381, Movil, Folio 145, Hatillo, Arecibo II

TT) ONE RURAL LOTS IDENTIFIED AS FINCA #23218, LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY MORE PARTICULARLY DESCRIBED AS;

RUSTICA. Radicada en el Barrio Pueblo del Municipio de Hatillo. Tiene una cabida de 6,000.00 metros cuadrados. Linda: Norte, con Ramon Delgado-Mercado. Sur, con remanente de finca principal. Este, con remanente de finca principal. Oeste, con Departamento de Education y Sucn., Ramon Alvarez. Esta finca se forma por segregation de la inscrita con el numero 3200, al folio 85, del tomo 62, a favor de Ignacio Pintado-Garcia, come bien privativo y se halla afecta por su procedencia a servidumbre favor de la A.E.E. Aprobada esta segregation por A.R.P.E. segun piano, inscrito en esta oficina bajo el numero 2615 de orden de Hatillo. Dicho senor, seguro social 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, mayor de edad, casado con Rocio Semidei-Roman, agricultor-comerciante y vecino de Yauco. Segrega el solar descrito al ingreso de este asiento y lo vende a Northland International, Inc., seguro social 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, que adquiere por precio de ciento veinticinco mil ya satisfechos. En su virtud inscrito a favor de Northland International, Inc. el dominio de esta finca que adquiere por compra. Asi resulta de copia certificada de la escritura numero 4 otorgada el dia tres de agosto del dos mil uno, en San Juan, ante Jorge A. Laborde-Corretjer, notario. Presentado a las ocho horas catorce minutos de la manana del seis de septiembre del dos mil uno, asiento 54 del Diario 239. En Arecibo, Puerto Rico, a diez de abril del dos mil dos.

Finca 23,218, Tomo Movil 381, Folio 150, Hatillo, Arecibo II

UU) ONE RURAL LOT IDENTIFIED AS FINCA #5500 LOCATED IN BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY MORE PARTICULARLY DESCRIBED AS;

Riistica. Finca ubicada en el Barrio Pueblo del Municipio de Hatillo, con una cabida superficial de diez cuerdas con ocho mil setecientos noventa y una diez milesimas de otra (10.8791 cuerdas) equivalentes a cuarenta y dos mil setecientos cincue;ita y nueve metros cuadrados con ciento setenta y siete milesimas de otro (42,759.167) metros cuadrados. Colinda por el norte con carretera Estatal PR-2, con un predio propiedad del Departamento de Transportacien y Obras Publicas y Northland International, Inc.; por el sur con Jose Garces, Angel Luis Almodovar, Sucn., Jose Valentin Delgado; por el este con Aureliano Giraud-Pifleiro y su esposa Arleene Ramircz-Rodriguez y Elliot Giraud Pineiro; y por el oeste, con Jose Garces y la carretera Estatal PR-130. Se forma por agregacion de esta finca #2798 con cabida de 16,667.804 metros cuadrados al folio 188 del tomo 87; la finca #20,976 con cabida de 233.1838 metros cuadrados inscrita al folio 10 del tomo 314; la finca #4426 con cabida de 351.00 metros cuadrados inscrita al folio 3 del tomo 92 de Hatillo y la finca #5566 con cabida de 792.113 metros cuadrados al folio 61 del tomo 129 de Hatillo. Cargos: Todas se hallan afectas a condiciones restrictivas y a hipoteca de bienes inmuebles por su destino. Esta finca se halla afecta a ademas a hipoteca por $1,504.000 a favor del Banco Santander de Puerto Rico; la finca #2798 se afecta a hipoteca a favor del Banco Santander de Puerto Rico por $1,106.000.00; finca #5366 afecta a hipoteca por $100,000 a favor del Banco Popular de Puerto Rico y a hipoteca por $52,000 a favor del Banco Santander de Puerto Rico; la finca #20976 afecta a hipoteca por $15,000.00 a favor del Banco Santander y la finca #4426 a hipoteca por $23,000 a favor del Banco Santander de Puerto Rico, inscritos a favor de Aureliano Giraud como bien privativo. Por escritura #27 otorgada en Arecibo, el dia 8 de marzo de 2000 ante el notario Jose G. Terrosa-Delucca comparece dicho senor (agrupacion) y manifiesto que las relacionadas fincas colindan entre si formando un solo cuerpo por lo que las agrupan formando la finca una cabida de 10.3511 cuerdas (rectificando): la cual fue mensurada por el agrimensor Ruben Ortiz-Galarza, mayor de edad, casado, ingeniero civil, licencia #8431 y vecino de Arecibo, previa citacion de los duenos colindantes y la misma resulto con la cabida y colindancias descritas al ingreso de este asiento con un valor de cinco mil Mares. Por el propio documento, Aureliano Giraud Pineiro permuta esta finca con valor de $750,000 a favor de Northland International, Inc,, a cambio de 7,500 acciones con un valor de a la par de $100.00 cada una para un total de $750,000. En su virtud inscribo a favor de Northland International, Inc., el dominio de esta finca que adquieren por los conceptos antes expresados. Asi resulta del registro y del documento relacionado presentado a las 10:20 de la manana del dia 20 de noviembre de 2001 al asiento 11 del Diario 243. Arecibo, a 10 de septiembre de 2002.Finca 5,500

VV) ONE RURAL LOT IDENTIFIED AS FINCA #9794 LOCATED IN IN IN BARRIO SAN JOSE, QUEBRADILLAS PUERTO RICO BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY MORE PARTICULARLY DESCRIBED AS;

Urbana: Parcela de terreno sita en el Barrio San José de Quebradillas, compuesto de DOSCIENTOS OCHENTA Y SEIS PUNTO DOS MIL TRESCIENTOS QUINCE (2286.2315 METROS CUADRADOS, equivalentes a cero punto cinco mil ochocientos dieciséis cuerdas (0.58616 cdas.). Colina al NORTE, con carretera número dos (2); al SUR, con carretera estatal número cuatrocientos setenta y nueve 9 (479); al ESTE, con terrenos de la Autoridad de Carreteras; y al OESTE, con solar número ocho (8) y terrenos donde ubica Supermercados Grande.
Inscrita Al Folio Ciento Quince Vuelto (115 Vto.) Del Tomo ciento ochenta y tres (183) de Quebradillas, finca número nueve mil setecientos noventa y cuatro (9,794), Registro de la propiedad de Arecibo, Sección Segunda.

WW) ONE RURAL LOT IDENTIFIED AS FINCA #21,749 LOCATED IN BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY MORE PARTICULARLY DESCRIBED AS;

Urbana: Solar radicado en el Barrio Pueblo del término municipal de Hatillo, compuesto de DOS MIL DOSCIENTOS VEINTISEIS PUNTO DOSCIENTOS UNO (2,226.201) METROS CUADRADOS, equivalentes a cero punto cinco mil seiscientos sesenta y cuatro (0.5664.) En lindes por el NORTE, calle marginal de la carretera P.R. 2; por el SUR, ESTE, y OESTE, con terrenos propiedad de Aureliano Giraud Piñeiro
Inscrita al folio treita vuelto 30 (vto.) Del tomo trescientos veitisiete (327) de Hatillo, finca número veitiún mil setecientos cuarenta y nueve (21,749), Registro de la Propiedad de Arecibo, Sección Segunda.

Said cautionary notice shall advise the public of the pendency of this civil action brought by the United States of America against the above described properties by a Verified Complaint of Forfeiture in Rem filed on or about September , 2006, which action were brought for the forfeiture of the defendant properties described above.

Claimants to the defendant properties must file a claim within ten (30) days of notice of this action, and must answer or otherwise respond to the Verified Complaint for Forfeiture within thirty (30) days of the filing of the claim.

SO ORDERED.

In San Juan, Puerto Rico, this ___ day of September, 2006.

UNITED STATES DISTRICT JUDGE