IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

A) ONE RURAL LOT IDENTIFIED AS FINCA #5,991 LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL ATTACHMENTS IMPROVEMENT AND APPURTENANCES;

B) ONE RURAL LOT IDENTIFIED AS FINCA #2,1347 LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL ATTACHMENTS IMPROVEMENT AND APPURTENANCES;

C-QQ) SEVERAL RURAL LOTS COMPRISING OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCAS ##6385 THROUGH 6424 AND FINCA # 3922 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY

RR- TT) THREE RURAL LOTS IDENTIFIED AS #23215, 23217 AND 23218 LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY

UU) ONE RURAL LOT IDENTIFIED AS FINCA #5500 LOCATED IN BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY

VV) ONE RURAL LOT IDENTIFIED AS FINCA #9794 LOCATED IN IN BARRIO SAN JOSE, QUEBRADILLAS PUERTO RICO BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE

CIVIL NO. 06-1960 (JAF)



| | |
|---|---|
| RENTAL OR USE OF SUCH PROPERTY<br><br>WW) ONE RURAL LOT IDENTIFIED AS FINCA #21,749 LOCATED IN BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY<br><br>Defendants. | |

## **WRIT OF ENTRY FOR INSPECTION AND PROTECTIVE ORDER**

The United States having filed a verified Complaint for Forfeiture in Rem against defendant properties described above; and

The United States having requested authority to seize defendant real properties, which will be left in place pursuant to Supplemental Rule E(4)(b) of the Federal Rules of Civil Procedure, will post notice of the Complaint for Forfeiture In Rem and Notice of Lis Pendens on the defendant properties and serve notice of this action and a copy of the Complaint on the owner of defendant properties pursuant to Title 18 U.S.C. § 985(c)(1) and (3); and

The United States having requested that the Court issue a Writ of Entry as provided in Title 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j) authorizing it to enter defendant properties, including any structures, for the purpose of conducting an inspection and inventory of the defendant properties and, as provided in Title 19 U.S.C. § 1606, to conduct an appraisal; it is

ORDERED that the Drug Enforcement Administration or its designee, is hereby authorized

1. to enter real the real properties described above, including any structures, on one or more occasions during the pendency of this in rem forfeiture action against

defendant properties, for the purpose of conducting an inspection and inventory and appraisal, and seizure of the defendant properties, and

2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of defendant properties pursuant to Title 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography, and

3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of defendant properties, which inspection and inventory may include, among other means, still and video photography, and

4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of Title 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

IT IS FURTHER ORDERED that the Drug Enforcement Administration or any other law enforcement agency be allowed to have access to all computerized records kept at this location related to defendant properties with their passwords and keys, in order that they may inspect and make copies of all the records and programs maintained in any personal computers and/or any other type of computerized equipment maintained at the defendant properties for record keeping; and/or specialized business records programs. This access will be for the sole purpose of copying any and all back-up diskettes, hard drives and/or cassettes maintained for said computer records.

IT IS FURTHER ORDERED that the owner and/or occupants (its agents and/or family members) of defendant properties location not destroy, pilfer, sell, encumber or otherwise cause the properties to diminish in value until such time as this case is concluded.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of Title 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

In San Juan, Puerto Rico, this 27th day of September 2006.

UNITED STATES DISTRICT JUDGE