|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | DISTRICT OF PUERTO RICO |

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Civil No. 06-1960 JAF) |
| v. | (Related to Crim. No. 03-361) |
| ONE RURAL LOT IDENTIFIED AS FINCA #5,991, LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO, et al., | |
| Defendants. | |

**O R D E R**

After the hearing held on January 7, 2009, the court **ORDERS** the disbursement of $172,550.94 to Ocean International, Inc., c/o its attorney, Anita Hill, Esq.  The court will hold in escrow $50,000 of the moneys due to Ocean International, Inc. and/or Arlene Ramírez-Rodríguez for a period of thirty (30) days, with the recommendation that Banco de Desarrollo accept that amount in settlement of attorney's fees.  Otherwise, said amount will be disbursed to Ocean International, leaving for another day, and perhaps another forum, the final disposition of the issue of attorney's fees.

In order to document the final liquidation of the $351,109.19 deposited for Ocean International/Arlene Ramírez-Rodríguez, we include a disbursement summary:

Civil No. 06-1960 (JAF)                                              -2-

1   Total Deposit:                                          $351,109.19
2   Attorney's fees paid to
3       Anita Hill, Esq.:              115,866.03
4   Payment ordered to FirstBank:       12,692.22
5   Escrow for Attorney's Fees
6       (Banco de Desarrollo):          50,000.00
7   Net Payable to Ocean Int'l, Inc.:                       $172,550.94.
8   **IT IS SO ORDERED.**
9   San Juan, Puerto Rico, this 8th day of January, 2009.

10                          S/José Antonio Fusté
11                          JOSE ANTONIO FUSTE
12                          Chief U. S. District Judge